[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF
APPEALS
ELEVENTH CIRCUIT
JULY 20, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10998
Non-Argument Calendar

_____

D. C. Docket No. 04-00752-CV-ORL-31-KRS

JOHN R. STONE, JR.,

Plaintiff-Appellant,

versus

WACHOVIA SECURITIES, L.L.C.,
f.k.a. First Union Security, Inc.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(July 20, 2005)**

Before HULL, WILSON and COX, Circuit Judges.

PER CURIAM:

John R. Stone, Jr. appeals the decision of the district court denying his

application to vacate an arbitration award in favor of Wachovia Securities, LLC.

Having considered the briefs, and relevant parts of the record, we find no reversible error in the district court's denial of Stone's application without allowing discovery and conducting an evidentiary hearing.

The judgment of the district court is, therefore,

**AFFIRMED.**